IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

| | | |
|---|---|---|
| TAVARIS HINKLE, #229 316, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-912-ALB |
| | ) | |
| OFFICER K. CHAPPELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on August 6, 2019. (Doc. 30). There being no timely objection filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

Final Judgment will be entered separately.

**DONE** and **ORDERED** this 28th day of August 2019.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE