IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAVARIS HINKLE, #229 316, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-912-ALB |
| | ) [WO] |
| OFFICER K. CHAPPELL, *et al.*, | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, Final Judgment is entered in favor of Defendants, and against Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 28th day of August 2019.

　　　　　　　　　　　　　　　/s/ Andrew L. Brasher
　　　　　　　　　　　　　　　ANDREW L. BRASHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE